Matter of American Tr. Ins. Co. v M EL Sayed Physical Therapy, P.C. (2026 NY Slip Op 00501)

Matter of American Tr. Ins. Co. v M EL Sayed Physical Therapy, P.C.

2026 NY Slip Op 00501

Decided on February 4, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 4, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
VALERIE BRATHWAITE NELSON
DEBORAH A. DOWLING
PHILLIP HOM, JJ.

2024-04109
 (Index No. 528983/22)

[*1]In the Matter of American Transit Insurance Company, respondent, 
vM EL Sayed Physical Therapy, P.C., etc., appellant.

Roman Kravchenko, Melville, NY, for appellant.
Short & Billy, P.C., New York, NY (Seok Ho [Richard] Kang of counsel), for respondent.

DECISION & ORDER
In a proceeding pursuant to CPLR article 75 to vacate a master arbitration award dated July 10, 2022, M EL Sayed Physical Therapy, P.C., appeals from an order of the Supreme Court, Kings County (Peter P. Sweeney, J.), dated March 18, 2024. The order, insofar as appealed from, denied the application of M EL Sayed Physical Therapy, P.C., for an additional award of attorneys' fees.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal must be dismissed, as no appeal lies as of right from the portion of the order appealed from, which does not decide a motion made on notice, and we decline to grant leave to appeal (see CPLR 5701[a][2]; Kelsey v Rutledge, 214 AD3d 862, 862; Gamman v Silverman, 135 AD3d 814, 815).
GENOVESI, J.P., BRATHWAITE NELSON, DOWLING and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court